No. 99–8278.  IN RE BARDELLA;
No. 99–8305.  IN RE RUSSEL; and
No. 99–8338.  IN RE DELOS REYES.  Petitions for writs of mandamus denied.

No. 99–8470.  IN RE NAGY.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.  See this Court's Rule 39.8.

No. 99–7961.  IN RE SCOTT.  Petition for writ of mandamus and/or prohibition denied.

No. 99–929.  COOK *v.* GRALIKE ET AL.  C. A. 8th Cir.  Certiorari granted.

No. 99–1238.  ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY *v.* BENNETT.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 99–1240.  BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL. *v.* GARRETT ET AL.  C. A. 11th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 99–971.  CHERNA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–977.  SEBASTIAN ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 99–1014.  JONES ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–1029.  DARBY *v.* INGALLS SHIPBUILDING, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–1052.  VERKIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–1133.  ILLINOIS *v.* BOYER.  App. Ct. Ill., 3d Dist.  Certiorari denied.